JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTINA MCINTYRE, Successor Trustee of the Robert Metcalf Revocable Living Trust Dated December 11, 1986; HSIU LIN CHIEN, Trustee of the HPC21 Revocable Trust, DATED MARCH 27, 2021; PATRICK CHIEN, an individual; and Does 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-05188-RGK-AS<br><br>*Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed:  June 25, 2021<br>Trial Date:     Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendants Christina McIntyre, Hsiu Lin Chien, and Patrick Chien is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: January 5, 2022

_____
Hon. R. Gary Klausner
United States District Judge